STATE of Missouri, Respondent,

v.

Sanford WHITE, Appellant.

No. ED 79906.

Missouri Court of Appeals,
Eastern District,
Division One.

April 30, 2002.

Craig A. Johnston, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Dora A. Fichter, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE, J., and ROBERT G. DOWD, Jr., J.

### ORDER

PER CURIAM.

Defendant, Sanford White, appeals from the judgment of conviction entered after a jury found him guilty of robbery in the first degree and armed criminal action. No jurisprudential purpose would be served by a written opinion. The parties have, however, been provided with a memorandum setting forth the reasons for this order.

The judgment is affirmed. Rule 30.25(b).

James I. TONEY, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 80115.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 30, 2002.

Douglas R. Hoff, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie Morrell, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before JAMES R. DOWD, C.J., GARY M. GAERTNER, J., and CLIFFORD H. AHRENS, J.

### ORDER

PER CURIAM.

Movant, James Toney, appeals from the judgment denying his Rule 24.035 motion without a hearing. Movant asserts his counsel was ineffective in that she coerced Movant into pleading guilty. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's decision is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).